UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 10-339-JST (JCx)                              Date:  May 4, 2011
Title:  ANTONIO DAWSON v. COUNTY OF LOS ANGELES

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   |          N/A        |
|--------------------|---------------------|
| Deputy Clerk       | Court Reporter      |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

On December 22, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 26.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from Plaintiff.

Accordingly, the Court orders counsel for Plaintiff to show cause why the Court should not dismiss this matter, and/or impose sanctions for counsel's failure to timely file the referenced trial document.  No later than **May 6, 2011 at 12:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  <u>enm</u>