UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-339-JST (JCx)                                    Date:  August 15, 2011
Title:  ANTONIO DAWSON v. THE COUNTY OF LOS ANGELES

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                              Not Present

**PROCEEDINGS:**  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A PROPOSED FINAL PRETRIAL CONFERENCE ORDER

On December 22, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Proposed Final Pretrial Conference Order no later than eleven (11) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 26.) To date, the Court has not received a Proposed Final Pretrial Conference Order.

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter default, and/or issue sanctions for the failure to timely file the referenced trial document.  No later than **August 17, 2011**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

                                                                    Initials of Preparer:  enm