JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DAWSON, an individual, | CASE NO. CV 10-00339 JST (JCx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2)** |
| v. | |
| County of Los Angeles, a municipal corporation, and DOES 1 through 10, inclusive. | Date : August 22, 2011<br>Time: 1:30 p.m. |
| Defendants. | Place: Courtroom 10A<br>Judge: Hon. Josephine Staton Tucker |

TO THE COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD:

    The Final Pretrial Conference came on regularly for hearing on August 22, 2011 at 1:30 p.m., in Courtroom 10A of the above-entitled court.

    Elise H. Hur appeared for Defendant, County of Los Angeles. Plaintiff, Antonio Dawson and Plaintiff's counsel, Julius Johnson, failed to appear.

    The court considered the plaintiff's Notice of Voluntary Dismissal without prejudice and **THE COURT RULED:**

    1.    The action is DISMISSED without prejudice;

2. The court maintains jurisdiction over the disposition of any outstanding sanctions owed by plaintiff and/or plaintiff's attorney;

DATE: August 26, 2011

_____
HON. JOSEPHINE STATON TUCKER
United States District Judge

- 2 -